# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D18-4973

—————————————————

OTHA L. ABNEY, Husband,

Petitioner,

v.

TERESA M. ABNEY, Wife, a/k/a
Teresa M. Levi,

Respondent.

—————————————————

Petition to Invoke All Writs Jurisdiction—Original Jurisdiction.

March 29, 2019

PER CURIAM.

DENIED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Otha L. Abney, pro se, Petitioner.

No appearance for Respondent.